UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK, L.L.C. *et al*. | Civil No. 09cv1553-L(WVG) |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| SONICVIEW USA, INC. *et al.*, | |
| Defendants. | |

On March 14, 2011 Defendants filed objections to the Magistrate Judge's March 4, 2011 discovery order. Pursuant to Federal Rule of Civil Procedure 72(a), **IT IS HEREBY ORDERED** that Plaintiffs' memorandum of points and authorities in opposition to Defendants' objections, if any, which shall be no more than ten pages in length, and supporting evidence, if any, shall be filed and served no later than March 30, 2011. Upon filing the foregoing, the parties shall await further order of the court.

**IT IS SO ORDERED**.

DATED: March 15, 2011

M. James Lorenz
United States District Court Judge

09cv1553

1  COPY TO:

2  HON. WILLIAM V. GALLO
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL
4