## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>DISH NETWORK</u>          v.   <u>SONIC VIEW USA</u>            No. <u>09-1553-L(WVG)</u>

<u>HON. WILLIAM V. GALLO</u>    <u>CT. DEPUTY J. YAHL</u>        RPTR. _____

<u>Attorneys</u>

<u>Plaintiffs</u>                                           <u>Defendants</u>

 Motion By Non-Party Witness Cyndi Phu To Quash Plaintiff's Document Subpoenas (Doc. # 249) is DENIED without prejudice.

 The subpoenas at issue in the Motion were issued by the Central District of California. The Court does not have authority to act on the subpoenas issued by another district.

DATED: August 27, 2012

_____<br>
Hon. William V. Gallo<br>
U.S. Magistrate Judge