1   Chad M. Hagan (*pro hac vice*)
    chad.hagan@hnbllc.com
2   Timothy Frank (California Bar No. 263245)
    timothy.frank@hnbllc.com
3   **HAGAN NOLL & BOYLE, LLC**
    Two Memorial City Plaza
4   820 Gessner, Suite 940
    Houston, Texas 77024
5   Telephone:  (713) 343-0478
    Facsimile:  (713) 758-0146
6
    Mark J. Hattam (California Bar No. 173667)
7   mhattam@allenmatkins.com
    Michael J. Holmes (California Bar No. 199311)
8   mholmes@allenmatkins.com
    **ALLEN MATKINS LECK GAMBLE**
9   **MALLORY & NATSIS LLP**
    501 West Broadway, 15th Floor
10  San Diego, California 92101
    Telephone: (619) 233-1155
11  Facsimile: (619) 233-1158

12  Attorneys for Plaintiffs/Judgment Creditors

13                **UNITED STATES DISTRICT COURT**
14                **SOUTHERN DISTRICT OF CALIFORNIA**

15
    DISH NETWORK L.L.C., ECHOSTAR        Case No. 09-CV-1553 L (WVG)
16  TECHNOLOGIES L.L.C., and
    NAGRASTAR LLC,                       **ACKNOWLEDGMENT OF**
17                                       **SATISFACTION OF JUDGMENT**
                    Plaintiffs,          **AS TO DEFENDANT ALAN PHU**
18    v.
19
    SONICVIEW USA, INC.,
20  SONICVIEWRA LLC,
    SONICVIEWSA LLC, ROBERTO
21  SANZ, DONTPAY4TV, LLC, DUANE
    BERNARD, COURTNEY BERNARD,
22  DANIAL PIERCE, ALAN PHU, and
    DOES 3-50,
23
                    Defendants.
24

25      Having entered a settlement with Defendant Alan Phu, Plaintiffs DISH

26  Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC respectfully

27  file the Acknowledgment of Satisfaction of Judgment attached hereto as Exhibit 1.

28  This applies only to Alan Phu and recognizes his full satisfaction of his pro rata

1    liability on the judgment entered by this Court on May 31, 2012.  The filing of this

2    Acknowledgment does not in any way impact the permanent injunction previously

3    entered against Alan Phu, which remains in full force and effect.

4    Dated:  February 5, 2014

5                                          s/ Timothy M. Frank
                                           Chad M. Hagan (*pro hac vice*)
6                                          chad.hagan@hnbllc.com
                                           Timothy M. Frank (California Bar No. 263245)
7                                          timothy.frank@hnbllc.com
                                           **HAGAN NOLL & BOYLE, LLC**
8                                          Two Memorial City Plaza
                                           820 Gessner, Suite 940
9                                          Houston, Texas 77024
                                           Telephone:  (713) 343-0478
10                                         Facsimile:  (713) 758-0146

11                                         Attorneys for Plaintiffs